**Order entered September 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00278-CV

**MOHAMED MOHAMED, INDIVIDUALLY
AND ON BEHALF OF A.M., A MINOR, Appellant**

**V.**

**THE BLAZE, INC., GLENN BECK, CENTER FOR SECURITY POLICY,
JIM HANSON, FOX TELEVISION STATIONS LLC, BEN FERGUSON,
BEN SHAPIRO, AND BETH VAN DUYNE, Appellees**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-12579**

## ORDER

Before the Court is the September 14, 2017 unopposed motion of appellees Center for Security Policy and Jim Hanson for an extension of time to file a brief. We **GRANT** the motion. Appellees shall file a brief by **Monday, October 23, 2017**. We caution appellees that further requests for extension in this accelerated appeal will be disfavored.

/s/    CRAIG STODDART
JUSTICE